**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 25-80405-CV-Middlebrooks

HOWARD COHAN,

     Plaintiff,

v.

LA GOULUE PALM BEACH LLC,
d/b/a LA GOULUE,

     Defendant.

_____/

### ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation of Dismissal with

Prejudice, filed on June 11, 2025. (DE 13). The Court congratulates the Parties on their amicable

resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d

1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no Order of the Court is

required to dismiss this action. Accordingly, it is hereby **ORDERED and ADJUDGED** that the

Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

    **SIGNED** in Chambers in West Palm Beach, Florida, this *13* day of June, 2025.

Donald M. Middlebrooks
United States District Judge

Copies to: Counsel of Record